# United States District Court

**MIDDLE** DISTRICT OF **ALABAMA**

FILED
JUL 1 3 2006
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

UNITED STATES OF AMERICA

v.

HECTOR R. SILVA,
ROSA E. RINCON

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 2:06mj69-DRB

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __July 13, 2006,__ in __Montgomery__ county, in the __Middle__ District of __Alabama__ defendant(s) did, (Track Statutory Language of Offense)

did knowingly and intentionally possess with intent to distribute approximately 10 kilograms of cocaine a Schedule II Controlled Substance,

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__

I further state that I am a(n) __HIDTA Task Force Agent__ and that this complaint is based on the following facts:
                                    Official Title

See Attached Affidavit which is incorporated by reference herein

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

__JULY 13, 2006__                   at   __Montgomery, Alabama__
Date                                      City and State

DELORES R. BOYD
United States Magistrate Judge
Name & Title of Judicial Officer          Signature of Judicial Officer

## AFFIDAVIT

I, Joe Herman, Affiant, being duly sworn deposes and says:

1. I am an Alabama State Trooper assigned as an agent for the Alabama Bureau of Investigation's Narcotics Operations Service, and detailed to the Major Investigation Team of the High Intensity Drug Trafficking Area Task Force (HIDTA), which are both located at the Investigative Operations Center in Montgomery, Alabama. I am cross-designated and federally deputized by the United States Drug Enforcement Administration (DEA) which empowers me with authority under Title 21, United States Code. I have twenty-two years of law enforcement experience in which the past twelve have been extensively directed in narcotics investigations. The facts and information in this affidavit are based on my personal knowledge and the knowledge of other law enforcement officers.

2. On Thursday, July 13, 2006, at approximately 7:58 am, Alabama State Trooper Will Barnes stopped a black Ford F-150 pick-up truck bearing Texas license 2LH X65 for speeding on Interstate 85 at the 2 mile marker. Trooper Barnes identified the driver of the truck as Hector Rodriguez Silva who was accompanied by a passenger identified as Rosa Elena Rincon. Based on Barnes' personal observations and Silva's inconsistent statements, Barnes sought and obtained both verbal and written consent to search the truck from Silva. Trooper Chris Brown subsequently responded to the scene to assist.

3. A search of the truck revealed a cabinet that was located in the bed of the pick-up truck. Upon further inspection of the cabinet, it was found to contain ten individually wrapped packages that appeared to be consistent with the appearance of cocaine kilograms. A field test showed the substance within the packages to be cocaine. The

packages which contained approximately 10 kilograms of cocaine were secreted in a false compartment in the back of the four drawer wooden cabinet. Rincon is an illegal alien. Silva and Rincon were subsequently arrested and Trooper Barnes advised both Silva and Rincon of their rights, but did not question them. Both Silva and Rincon were then transported to the Alabama Bureau of Investigation's Investigative Operations Center in Montgomery for further investigation.

_____
Joe Herman, Agent
Alabama Bureau of Investigation


Sworn to and subscribed before me this 13th day of July 2006.

_____
DELORES R. BOYD
United States Magistrate Judge