# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>HECTOR R. SILVA | **WARRANT FOR ARREST**<br><br>CASE NUMBER: 2:06mj69-DRB |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Hector R. Silva___
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)
knowingly and intentionally possess with intent to distribute approximately 10 kilograms of cocaine a Schedule II Controlled Substance

in violation of Title ___21___ United States Code, Section(s) ___841(a)(1)___

| | |
|---|---|
| DELORES R. BOYD<br>Name of Issuing Officer | U.S. MAGISTRATE JUDGE<br>Title of Issuing Officer |
| _[signature]_<br>Signature of Issuing Officer<br><br>_____<br>(By) Deputy Clerk | JULY 13, 2006   MONTGOMERY, ALABAMA<br>Date and Location |

Bail fixed at $_____ by_____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 442 (Rev. 5/81) Warrant for Arrest