| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |

IN THE CASE OF

_____ V.S. _____

FOR

AT

**PERSON REPRESENTED** (Show your full name)

Hector Silva

1. ☒ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

**DOCKET NUMBERS**

Magistrate: 2:06-mJ-67-DRB
District Court
Court of Appeals

**CHARGE/OFFENSE** (describe if applicable & check box →)  ☒ Felony   ☐ Misdemeanor

## ASSETS

**EMPLOYMENT**
Are you now employed? ☒ Yes   ☐ No   ☐ Am Self-Employed
Name and address of employer: Wamon Temporary Services
IF YES, how much do you earn per month? $ 1540
IF NO, give month and year of last employment. How much did you earn per month? $ _____

If married is your Spouse employed?   ☐ Yes   ☒ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?   ☐ Yes   ☒ No
RECEIVED                SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES   $ _____

**CASH**
Have you any cash on hand or money in savings or checking accounts?   ☐ Yes   ☒ No   IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   ☒ Yes   ☐ No
VALUE               DESCRIPTION
IF YES, GIVE THE VALUE AND DESCRIBE IT   $ 12000   2 vehicles

## OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS:
___ SINGLE
✓ MARRIED
___ WIDOWED
___ SEPARATED OR DIVORCED

Total No. of Dependents: 4

List persons you actually support and your relationship to them: 2 sons & 2 daughter

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| Rent & Utilities | | $ | $ 780 |
| Food | | $ | $ 400 |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct.   Executed on (date) _____

SIGNATURE OF DEFENDANT
(OR PERSON REPRESENTED) ▶ /s/ Hector Silva