**COURTROOM DEPUTY'S MINUTES**
**MIDDLE DISTRICT OF ALABAMA**

☒ INITIAL APPEARANCE
☐ BOND HEARING
☐ DETENTION HEARING
☐ PRELIMINARY (EXAMINATION) (HEARING)
☐ REMOVAL HEARING [RULE 5]
☐ ARRAIGNMENT

DATE: 7/14/2006

Digital Recording 11:02 to 11:23 am

PRESIDING MAG. JUDGE: Delores Boyd    DEPUTY CLERK: sql
CASE NO.: 2:06mj69-DRB    DEFT. NAME: Hector SILVA
AUSA: Moorer    DEFT. ATTY: Sam Walker
Type Counsel: ( )Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO
PTSO: ~~Thweatt~~ Martin
USPO:

Defendant ✓ does ___ does NOT need an interpreter
Interpreter present ___ NO ✓ YES    Name: Beverly Childress

- ✓ Date of Arrest 7-13-06 or ☐ Arrest Rule 5
- ✓ Deft. First Appearance. Advised of rights/charges. ☐ Prob/Sup Rel Violator
- ✓ Deft. First Appearance with Counsel
- ☐ Deft. First Appearance without Counsel
- ✓ Requests appointed Counsel
- ✓ Financial Affidavit executed ☐ to be obtained by PTSO
- ✓ ORDER appointing Community Defender Organization
- ☐ Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐ Deft. Advises he will retain counsel. Has retained _____
- ☐ Government's ORAL Motion for Detention Hearing ☐ to be followed by written motion;
  ☐ Government's WRITTEN motion for Detention Hearing filed
- ☐ Detention Hearing ☐ held; ☐ set for _____ at _____
- ☐ ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- ☐ ORDER OF DETENTION PENDING TRIAL entered
- ☐ Release order entered. Deft advised of conditions of release
- ☐ BOND EXECUTED (M/D AL charges) $ _____ . Deft released
- ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- ✓ Bond not executed. Deft to remain in Marshal's custody
- ☐ Deft. ORDERED REMOVED to originating district
- ☐ Waiver of ☐ preliminary hearing; ☐ Waiver of Rule 40 Hearing
- ☐ Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
- ☐ ARRAIGNMENT ☐ HELD. Plea of NOT GUILTY entered. ☐ Set for _____
- ☐ DISCOVERY DISCLOSURE DATE: _____
- ☐ NOTICE to retained Criminal Defense Attorney handed to counsel
- ☐ Identity/Removal Hearing set for _____
- ☐ Waiver of Speedy Trial Act Rights executed