# United States District Court

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____

UNITED STATES OF AMERICA

v.

HECTOR R. SILVA

**WARRANT FOR ARREST**

CASE NUMBER: 2:06mj69-DRB

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Hector R. Silva_____
                                                                                Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense)
knowingly and intentionally possess with intent to distribute approximately 10 kilograms of cocaine a Schedule II Controlled Substance

in violation of Title ____21____ United States Code, Section(s) ____841(a)(1)____

DELORES R. BOYD                                    U.S. MAGISTRATE JUDGE
Name of Issuing Officer                              Title of Issuing Officer

Signature of Issuing Officer                         JULY 13, 2006    MONTGOMERY, ALABAMA
                                                                  Date and Location

(By) Deputy Clerk

Bail fixed at $_____ by_____
                                                    Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 7/13/06 | Joe Herman | By: Deb Brewer |

AO 442 (Rev. 5/81) Warrant for Arrest