**COURTROOM DEPUTY MINUTES**
**MIDDLE DISTRICT OF ALABAMA**

DATE: 7-21-2006

DIGITAL RECORDING: 10:03 - 10:10 am
10:20 - 11:22 am
11:54 am - 12:21 pm

- ☐ INITIAL APPEARANCE
- ☐ BOND HEARING
- ☒ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ☐ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☒ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: Delores Boyd
DEPUTY CLERK: S. Q. Long, Jr.
CASE NO.: 2:06mj69-DRB
DEFT. NAME: Hector R. SILVA
USA: Terry Moorer
ATTY: Barry Teague
Type Counsel: (✓ Retained;) ( ) Panel CJA; ( ) Waived; ( ) CDO ( ) Stand In ONLY
USPTSO/USPO: Martin

Defendant ✓ does ___ does NOT need an interpreter

Interpreter present ___ NO ✓ YES  NAME: Beverly Childress

- ☐ kars.     Date of Arrest _____ or ☐ karsr40
- ☐ kia.      Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- ☐ kcnsl.    Deft. First Appearance with Counsel
- ☐           Deft. First Appearance without Counsel
- ☐           Requests appointed Counsel ☐ ORAL MOTION for Appointment of Counsel
- ☐ kfinaff.  Financial Affidavit executed ☐ to be obtained by PTSO
- ☐ koappted  ORAL ORDER appointing Community Defender Organization - **Notice to be filed.**
- ☐ k20appt.  Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐           Deft. Advises he will retain counsel. Has retained _____
- ☐           Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐           Government's WRITTEN Motion for Detention Hrg. filed.
- ☒ kdmhrg.   Detention Hearing ☒ held; ☐ set for _____
- ☐ kotempdtn. ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- ☐ kodtn.    ORDER OF DETENTION PENDING TRIAL entered
- ☐ kocondrls. Release order entered. Deft. advised of conditions of release
- ☐ kbnd.     ☐ BOND EXECUTED (M/D AL charges) $_____. Deft released (kloc LR)
              ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- ☐ kloc.(LC) Bond NOT executed. Deft to remain in Marshal's custody
- ☒           Preliminary Hearing ☐ Set for _____
- ☐ ko.       Deft. ORDERED REMOVED to originating district
- ☐ kwvprl    Waiver of ☐ preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☒           Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- ☐ karr.     ARRAIGNMENT SET FOR: _____ ☐ HELD. Plea of **NOT GUILTY** entered.
              ☐ Set for _____ Trial Term; ☐ PRETRIAL CONFERENCE DATE: _____
              DISCOVERY DISCLOSURES DATE: _____
- ☒ krmknn.   NOTICE to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg.  Identity/Removal Hearing set for _____
- ☐ kwvspt    Waiver of Speedy Trial Act Rights Executed

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, __NORTHERN__ DIVISION

UNITED STATES OF AMERICA          *
                                  *
VS.                               *      CR. NO. 2:06mj69-DRB
HECTOR R. SILVA                   *
ROSA E. RINCON                    *
                                  *

## WITNESS LIST

| GOVERNMENT | DEFENDANT |
|---|---|
| 1. Will Barnes | 1. |
| 2. | 2. |
| 3. | 3. |
| 4. | 4. |
| 5. | 5. |
| 6. | 6. |
| 7. | 7. |
| 8. | 8. |
| 9. | 9. |
| 10. | 10. |
| 11. | 11. |
| 12. | 12. |
| 13. | 13. |
| 14. | 14. |
| 15. | 15. |
| 16. | 16. |
| 17. | 17. |