IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CASE NO: 2:06-mj-069-DRB** |
| ) | |
| **HECTOR R. SILVA** ) | |

<u>**NOTICE OF COMPLIANCE WITH COURT'S ORDER AND**</u>
<u>**NOTICE OF APPEARANCE**</u>

**COMES NOW** the undersigned counsel, Donnie W. Bethel, and responds to the Court's Order of July 24, 2006, and enters his appearance on behalf of Defendant, Hector R. Silva, in the above-styled case.

1. Due to the death of Defendant's retained counsel, Mr. Barry Teague, this Court appointed undersigned counsel to represent Defendant for the limited purpose of ascertaining whether Defendant wished to retain other counsel or whether he wished to seek the reappointment of the Federal Defender to represent him.

2. Defendant wishes to have the Federal Defenders reappointed to represent him.

3. Therefore, undersigned counsel hereby enters his appearance on behalf of Defendant.

Dated this 2nd day of August, 2006.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104

Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | **CASE NO: 2:06-cr-069-DRB** |
| | ) | |
| **HECTOR R. SILVA** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Terry F. Moorer, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

        Respectfully submitted,

        s/ Donnie W. Bethel
        DONNIE W. BETHEL
        Assistant Federal Defender
        201 Monroe Street, Suite 407
        Montgomery, Alabama 36104
        Phone: (334) 834-2099
        Fax: (334) 834-0353
        E-mail:don_bethel@fd.org
        IN Bar Code: 14773-49