COURTROOM DEPUTY MINUTES　　　　　　　　　DATE: __AUGUST 30, 2006__
MIDDLE DISTRICT OF ALABAMA
　　　　　　　　　　　　　　　　　　　　　DIGITAL RECORDING: __10:29 - 10:37__

√　INITIAL APPEARANCE
☐　DETENTION HEARING
☐　REMOVAL HEARING (Rule 5)
√　ARRAIGNMENT
☐　ARRAIGNMENT on SUPERSEDING INDICTMENT
☐　PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE __CHARLES S. COODY__　　DEPUTY CLERK: __WANDA STINSON__

CASE NO. __2:06-CR-200-WHA-CSC__　　DEFT. NAME: __HECTOR SILVA__

USA: __A. CLARK MORRIS__　　ATTY: __KEVIN BUTLER__

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (√) CDO;

USPTSO/USPO: _____

Defendant __√__ does ____ does NOT need an interpreter; NAME: __BEVERLY CHILDRESS__

☐ Kars.　　Date of Arrest _____ or ☐ Rule 5 Arrest
√ Kia.　　Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
☐ Finaff.　Financial Affidavit executed ☐ to be obtained by PTS; ☐ ORAL Motion for Appt. Of Counsel.
☐ koappted　ORAL ORDER appointing Federal Defender - **Notice to be filed.**
☐ 20appt.　Panel Attorney Appointed; ☐ to be appointed - prepare voucher
☐　　　　Deft. Advises he will retain counsel. Has retained _____
☐　　　　Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
☐　　　　Government's WRITTEN Motion for Detention Hrg. filed.
☐　　　　DETENTION HRG ☐ held; ☐ Set for_____; ☐ Prelim. Hrg ☐ Set for____
☐ kotempdtn.　ORDER OF TEMPORARY DETENTION PENDING HEARING entered
☐ kodtn.　ORDER OF DETENTION PENDING TRIAL entered
☐ kocondrls.　Release order entered. ☐ Deft. advised of conditions of release.
☐ kbnd.　☐ BOND EXECUTED (M/D AL charges) $ _____ Deft released (kloc LR)
　　　　☐ BOND EXECUTED (R.5 charges) - deft to report to originating district as ordered
√ Loc.(LC)　Bond NOT executed. Deft to remain in Marshal's custody
☐ ko.　Deft. ORDERED REMOVED to originating district
☐ krmvhrg.　Identity/Removal Hearing ☐ set for _____; ☐ WAIVER of Rule 5 & 5.1 Hearings
☐ kwvprl.　Waiver of Preliminary hearing;
☐　　　　Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
√ Karr.　ARRAIGNMENT SET FOR: _____ √ HELD. Plea of NOT GUILTY entered.
　　　　√ Trial Term __10/24/06__; ☐ PRETRIAL CONFERENCE DATE: _____
　　　　√ DISCOVERY DISCLOSURES DATE: __8/30/06__
☐ Krmknn.　NOTICE to retained Criminal Defense Attorney handed to Counsel
☐ Kwvspt　Waiver of Speedy Trial Act Rights Executed.