**COURTROOM DEPUTY MINUTES**           **DATE :   SEPTEMBER 25,  2006**

**MIDDLE DISTRICT OF ALABAMA**           **DIGITAL RECORDED:     1:12 p. m. to 1:15 p.m.**

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE: CHARLES S. COODY       DEPUTY CLERK: WANDA STINSON**


**CASE NUMBER: 2:06CR200-WHA-CSC       DEFENDANT NAME: HECTOR SILVA**


## APPEARANCES

| GOVERNMENT | DEFENDANT |
|---|---|
| ATTY.  TERRY MOORER | ATTY.   DONNIE BETHEL |


√       **DISCOVERY STATUS: Complete.**

_____

_____


√       **PENDING MOTION STATUS:   None.**

_____


√       **PLEA STATUS:**

_____

_____


√       **TRIAL STATUS: Will take 2 days to try cases, if goes to trial.**

_____


❐       **REMARKS:**


_____