**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v.   ) | **CR. NO: 2:06-CR-200-WHA** |
| ) | |
| **HECTOR R. SILVA** ) | |

### NOTICE OF APPEARANCE

COMES NOW the undersigned counsel and hereby advises this Honorable Court that he is representing Hector R. Silva in the above styled cause of action, and the Clerk of this Court is respectfully requested to place counsel's name on the docket sheet as the attorney of record to be noticed on all pleadings and to advise counsel of any future orders of the Court.

Done this the 26th day of September, 2006.

/s/ Matthew P. Teague
Matthew P. Teague (TEA010)
Attorney for Hector R. Silva

Of Counsel:

Matthew P. Teague, Esq.
138 Adams Avenue, Second Floor, Suite 3
Post Office Box 586
Montgomery, AL 36101
(334) 834-4500 (Telephone)
(334) 834-4500 (Facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that on September 26th, 2006, I electronically filed the foregoing with the Clerk of Court using the CMF/ECF system which will send notification of such filing to the following: Terry F. Moorer, Jay Lewis and all other attorneys of record.

**/s/ Matthew P. Teague**
Matthew P. Teague, Esq.