# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | Case No.  2:06CR200-WHA |
| | ) | |
| **HECTOR R. SILVER** | ) | |

## ORDER

Upon consideration of the motion to withdraw (doc. # 49) and Matthew Patrick Teague's notice of appearance for the defendant, it is

ORDERED that the motion to withdraw be and is hereby GRANTED.

Done this 26th day of September, 2006.

        /s/Charles S. Coody
        CHARLES S. COODY
        CHIEF UNITED STATES MAGISTRATE JUDGE