IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | CR. NO. 2:06cr200-WHA |
| HECTOR R. SILVA and ROSA E. RINCON | ) | |

### **ORDER**

This case is before the court on Defendant Silva's Motion to Continue Trial (Doc. #61), filed on October 10, 2006. The United States does not object, and the Defendant has filed a Waiver of Speedy Trial.

For the reason that Defendant's counsel was recently retained and is in need of additional time to adequately prepare the defense, the court finds that the ends of justice to be served by granting a continuance outweigh the rights of the Defendants and the public to a speedy trial. Therefore, the motion is GRANTED, and it is hereby

ORDERED that the trial of this case is CONTINUED from the term of court commencing October 24, 2006, and RESCHEDULED for the term of court commencing January 8, 2007.

DONE this 12th day of October, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE