IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06cr200-WHA |
| | ) | |
| HECTOR R. SILVA | ) | |

**ORDER**

On November 7, 2006, the defendant filed a motion for leave to file a motion to suppress (doc. # 65). The government does not oppose the filing of the motion to suppress but does oppose the substance of the motion to suppress. (Doc. # 66). Accordingly, upon consideration of the motion for leave to file a motion to suppress, and for good cause, it is

ORDERED as follows:

1. That the motion for leave to file a motion to suppress (doc. # 65) be and is hereby GRANTED

2. That on or before **November 20, 2006**, the United States shall file a response to the defendant's motion to suppress.

3. That an evidentiary hearing on the motion to suppress be and is hereby SET for **2:00 p.m. on November 28, 2006** in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama. The Clerk is directed to provide a court reporter for this proceeding.

If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

Done this 14th day of November, 2006.

      /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE