IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | CR. NO. 2:06CR200-WHA |
| ) | |
| HECTOR R. SILVA ) | |
| ROSA E. RINCON ) | |

**O R D E R**

Upon consideration of the motions to continue hearing (doc. # 72 & 74) filed by the United States and defendant Rincon and the motion for leave to file (doc. # 71) filed by Rincon, it is

ORDERED that the motions to continue (doc. # 72& 74) be and are hereby GRANTED. The evidentiary hearing on defendant Silva's motion to suppress presently set for November 28, 2006 at 2:00 p.m. be and is hereby RESET to **December 7, 2006 at 1:30 p.m**. in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama. The court will also hear oral argument on defendant Rincon's motion for leave to file at that time. The Clerk is directed to provide a court reporter and an interpreter for these proceedings.

The Court has previously ordered that defendant Rincon be produced for the evidentiary hearing. The United States Marshal or the persons having custody of the defendants shall produce both defendants for these proceedings.

Done this 21st day of November, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE