#### IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA
#### NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CR. NO: 2:06-CR-200-WHA |
| ) | |
| HECTOR R. SILVA ) | |

### NOTICE OF INTENT TO CHANGE PLEA

**COMES NOW** the Defendant, **HECTOR R. SILVA**, by and through undersigned counsel, Matthew P. Teague, and notifies the Court of his intent to change his previously entered plea of not guilty to guilty. The Defendant waives his right to plea in front of a district judge and consents to do so before a magistrate judge.

Done this 22nd day of November, 2006.

                                                    Respectfully submitted;

                                                    **/s/ Matthew P. Teague**
                                                    Matthew P. Teague (TEA010)
                                                    Attorney for Hector R. Silva

Of Counsel:

Matthew P. Teague, Esq.
138 Adams Avenue, Second Floor, Suite 3
Post Office Box 586
Montgomery, AL 36101
(334) 834-4500 (Telephone)
(334) 834-4500 (Facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that on November 22nd, 2006, I electronically filed the foregoing with the Clerk of Court using the CMF/ECF system which will send notification of such filing to the following: Christopher A. Snyder, Jay Lewis and all other attorneys of record.

/s/ Matthew P. Teague
Matthew P. Teague, Esq.