IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA      )
                              )
        vs.                   )    CR. NO. 2:06cr200-WHA
                              )
HECTOR R. SILVA               )

## ORDER

Pursuant to the  defendant's *Notice of Intent to Change Plea* (Doc. #76) filed on

November 22, 2006, it is hereby

**ORDERED** that the defendant's change of plea hearing be and is hereby set for

**December 1,  2006**, at **9:00 a.m.,**  in **Courtroom 4B**, United States Courthouse Complex,

One Church Street, Montgomery, Alabama.

The Clerk is directed to provide a court reporter for this proceeding.  If the defendant

is in custody, the United States Marshal or the person having custody of the defendant shall

produce the defendant for the proceeding.

Done this 27th day of November, 2006.


                    _____/s/Charles S. Coody_____
                    CHARLES S. COODY
                    CHIEF UNITED STATES MAGISTRATE JUDGE