IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-200-WHA |
| | ) | |
| HECTOR R. SILVA | ) | |

### PETITION FOR ORDER DIRECTING THE UNITED STATES MARSHAL TO RELEASE CUSTODY OF PRISONER

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney and the undersigned Assistant United States Attorney, both for the Middle District of Alabama, and moves this Honorable Court for an order directing the United States Marshal, Middle District of Alabama, to release from their custody Hector R. Silva, into the custody of Joe Herman, ABI, and/or Brett Hamilton, HIDTA, and/or Angel Rodriguez, ABI, from November 28, 2006, through February 28, 2007, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. We further move the Court to enter an order directing Joe Herman, ABI, and/or Brett Hamilton, HIDTA, and/or Angel Rodriguez, ABI, to return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Respectfully submitted this the 27th of November, 2006.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Christopher A. Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax
christopher.a.snyder@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-200-WHA |
| | ) | |
| HECTOR R. SILVA | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Matt Teague.

                                             LEURA GARRETT CANARY
                                             UNITED STATES ATTORNEY

                                             /s/ Christopher A. Snyder
                                             CHRISTOPHER A. SNYDER
                                             Assistant United States Attorney
                                             Post Office Box 197
                                             Montgomery, Alabama 36101-0197
                                             334.223.7280
                                             334.223.7135 fax
                                             christopher.a.snyder@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-200-WHA |
| | ) | |
| HECTOR R. SILVA | ) | |

### O R D E R

Upon consideration of the government's motion for release of prisoner filed on November 27, 2006, and for good cause, it is ORDERED that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of Hector R. Silva, to Joe Herman, ABI, and/or Brett Hamilton, HIDTA, and/or Angel Rodriguez, ABI, on November 28, 2006, through February 28, 2007, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Joe Herman, ABI, and/or Brett Hamilton, HIDTA, and/or Angel Rodriguez, ABI, return said prisoner into the custody of the United States Marshals Service when they have finished with him.

DONE this the _____ day of November, 2006.

_____
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE