IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-200-WHA |
| | ) | |
| HECTOR R. SILVA | ) | |

**O R D E R**

Upon consideration of the government's motion for release of prisoner filed on November 27, 2006, and for good cause, it is ORDERED that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of Hector R. Silva, to Joe Herman, ABI, and/or Brett Hamilton, HIDTA, and/or Angel Rodriguez, ABI, on November 28, 2006, through February 28, 2007, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Joe Herman, ABI, and/or Brett Hamilton, HIDTA, and/or Angel Rodriguez, ABI, return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done this 27th day of November, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE