| | | |
|---|---|---|
| **COURTROOM DEPUTY MINUTES** | **DATE:** DECEMBER 1, 2006 | **FTR RECORDING** 9:04 - 9:21 |
| **MIDDLE DISTRICT OF ALABAMA** | **COURT REPORTER:** RISA ENTREKIN | |

☐ ARRAIGNMENT    ✓ CHANGE OF PLEA    ☐ CONSENT PLEA

☐ RULE 44(c) HEARING    ☐ SENTENCING

| | |
|---|---|
| **PRESIDING MAG. JUDGE:** CHARLES S. COODY | **DEPUTY CLERK:** WANDA STINSON |
| **CASE NUMBER:** 2:06CR200-WHA-CSC | **DEFENDANT NAME:** HECTOR R. SILVA |
| **AUSA:** Christopher Snyder | **DEFENDANT ATTY:** MATTHEW TEAGUE |
| **USPTS/USPO:** Jackie Caple | Type Counsel: ( ) Waived; (✓) Retained; ( ) Panel CJA; ( ) CDO |
| Defendant ✓ does ___ does NOT need and interpreter. Name: | BEVERLY CHILDRESS |

☐  This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

☐  Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.

☐  **ORAL ORDER** Appointing  ☐ FPD or ☐ CJA Panel. Notice of Appearance to be filed.

☐  **WAIVER OF INDICTMENT** executed and filed.

☐  **FELONY INFORMATION** filed.

☐  Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**    ☐ Not Guilty    ☐ Nol Contendere    ☐ Not Guilty by reason of insanity

✓ Guilty as to:    ✓ Count(s) 1    of the **Indictment.**

☐ Count(s) _____    ☐ dismissed on oral motion of USA;

☐ To be dismissed at sentencing.

✓  Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.

☐  No Plea Agreement entered    ✓ Written plea agreement filed.  ☐ **ORDERED SEALED.**

✓  **ORAL ORDER** Adjudicating defendant guilty.

☐  **ORDER:** Defendant Continued   ☐Same Conditions/Bond imposed by Mag. Judge;

☐ Released on Bond & Conditions of Release for:    ☐ Trial on _____;

☐ Sentencing on _____;    ☐ to be set by Separate Order

✓  **ORDER:** Defendant remanded to custody of U.S. Marshal for:

☐ Trial on _____; or ✓ Sentencing on _____ ✓ Set by separate Order.