IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) CR. NO. 2:06cr200-WHA |
| HECTOR R. SILVA | ) |

## **ORDER**

The Defendant having entered a guilty plea in this case, it is hereby

ORDERED that the pending Motion to Suppress (Doc. #65) is DENIED as moot.

DONE this 4th day of December, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE