IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA          )
                                  )
vs.                               )    CR. NO. 2:06cr200-WHA
                                  )
HECTOR R. SILVA                   )

## ORDER

Due to a conflict which has arisen in the court's calendar, the sentencing of the

Defendant, previously scheduled for March 21, 2007, is RESCHEDULED for March 22, 2007,

at 10:00 a.m. in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse

Complex, One Church Street, Montgomery, Alabama.

DONE this 21st day of February, 2007.


/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE