# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

W. HAROLD ALBRITTON, SENIOR U. S. DISTRICT JUDGE, PRESIDING, AT MONTGOMERY, AL

| | | | |
|---|---|---|---|
| DATE COMMENCED: | March 22, 2007 | AT: | 10:35 a.m. |
| DATE COMPLETED: | March 22, 2007 | AT: | 10:47 a.m. |

UNITED STATES OF AMERICA    )
                            )
vs.                         )    CR. No. 2:06cr200-WHA
                            )
HECTOR R. SILVA             )

_____

APPEARANCES:

| GOVERNMENT | DEFENDANT |
|---|---|
| Christopher Snyder | Matthew Teague |

_____

COURT OFFICIALS PRESENT

| | |
|---|---|
| Risa Entrekin, Court Reporter | Jakki Caple, USPO |
| Elna Behrman, Courtroom Deputy | Scott Wright, USPO |
| Lisa Harden, Law Clerk | Beverly Childress, Interpreter |

COURTROOM PROCEEDINGS

**(X) SENTENCING HEARING**

Hearing commences.
Interpreter is sworn.
Government makes oral Motion for Reduction in Criminal Offense Level for Acceptance of Responsibility.
Court orally GRANTS the Motion for Reduction.
Defendant is sworn.
Parties have reviewed the presentence report and have no objections.
The court adopts the factual statements contained in the presentence report.
Defendant's attorney speaks in mitigation and requests sentence at low end of guidelines and further
    requests Defendant be placed in a facility in Texas.
Court states it makes no recommendation as to placement and suggests counsel make that request to the
    Bureau of Prisons.
Sentence is stated.
No objections to statement of sentence.
Sentence is ORDERED imposed as stated.
Defendant waives his right to appeal.
Defendant is recommitted to the custody of the U. S. Marshal.
Court is adjourned.