AO 245B (Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

| | |
|---|---|
| DEFENDANT: | HECTOR R. SILVA |
| CASE NUMBER: | 2:06cr200-WHA |

Judgment — Page __2__ of __6__

RECEIVED

## IMPRISONMENT

2007 JUL 17 A 10: 03

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**70 months**.

X The court makes the following recommendations to the Bureau of Prisons:

    The court recommends that the Defendant be designated to a facility where intensive drug treatment is available.

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

RETURNED AND FILED

JUL 23 2007

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

## RETURN

I have executed this judgment as follows:

Defendant delivered on __7-5-07__ to __BSCC__

at __Big Spring TX__ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL
R.D. Miles sp warden

By _____
DEPUTY UNITED STATES MARSHAL